**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

Re:   Sonya P. Adams, et al.  v.  Wayne Farms, LLC.
      Civil Action No. 1:07-cv-296-WKW

The district judge in the above-styled case has been reassigned to District Judge Mark E. Fuller and the referral judge has been reassigned to Magistrate Judge Wallace Capel, Jr.

Please note that the case number is now 1:07-cv-296-MEF. This new case number should be used on all future correspondence and pleadings in this action.