IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SONYA P. ADAMS, *et al.*,     ) | |
| ) | |
| Plaintiffs,     ) | |
| v.     ) | CASE NO. 1:07-cv-296-MEF |
| ) | |
| WAYNE FARMS, LLC.,     ) | |
| ) | |
| Defendant.     ) | |

## **O R D E R**

It is hereby ORDERED that this case is set for a status conference on May 15, 2007 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 25th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE