IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SONYA P. ADAMS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 1:07-cv-296-MEF |
| | ) | |
| WAYNE FARMS, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of defendant's Motion for Leave to Attend by Telephone (Doc. #4) filed on April 30, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 1st day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE