IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION   2007 MAY 10  A 10: 54

SONYA P.
~~SAMUEL~~ ADAMS, et al., ~~On behalf of~~ §
~~themselves and All Others Similarly~~ §
~~Situated~~ §
§
§   *1:07CV296*
VS.   §   CIVIL ACTION NO. ~~1:06-cv-00950-MEF-WC~~
§   JURY DEMANDED
§
WAYNE FARMS, L.L.C., §
~~CONTINENTAL GRAIN COMPANY~~ §
~~d/b/a WAYNE FARMS, L.L.C.~~ §

## *EX PARTE* MOTION TO ADMIT COUNSEL
## WILLIAM S. HOMMEL, JR. PRO HAC VICE

William S. Hommel, Jr., an attorney duly admitted to practice before this Court and serving

as counsel of record in the captioned matter respectfully represents that:

1.      Applicant, William S. Hommel, Jr., although ineligible to become a member of the bar of

this Court, desires to be admitted *Pro Hac Vice* to practice before this Court in the above

captioned litigation for the following Plaintiffs:  Sonya P. Adams; Sandra Barnes; Jacqueline B.

Blair; Michael Dowell; Brenda Gray; Cornelia M. Henderson; Pearl Irving; Eddie D. Jackson;

Mebeline Kiser; Mary Ann Martin; Tessie Riley; Eddie Thomas; Temeca Thomas; Bridgett Lynn

Tyson; Melissa Vaughn; Clara Wheeler and Frances Williams.

2.      Attached hereto as Exhibit A is a certificate from the U.S. District Court for the Eastern

District of Texas, the Court of applicant's jurisdiction, which certificate shows that applicant has

been admitted to practice before the U.S. District Court for the Eastern District of Texas and that

he is in good standing in that Court.

**SCANNED**

3.    Further, attached hereto is a Declaration by Applicant stating that no disciplinary proceedings or criminal charges have been instituted against him along with an Oath stating that Applicant is familiar with and will abide by the governing Federal and Local Rules of procedure.

4.    William S. Hommel, Jr. now moves the Court to issue an Order allowing William S. Hommel, Jr. to be enrolled *Pro Hac Vice* as counsel of record in the captioned matter.

WHEREFORE, William S. Hommel, Jr. prays that after due consideration the Court grant this *Ex Parte* Motion to Admit Counsel, William S. Hommel, Jr., Pro Hac Vice and issue an Order allowing William S. Hommel, Jr. to be enrolled Pro Hac Vice as counsel of record in this matter and as co-counsel with Seth Hunter, who are admitted before this Honorable Court.

Respectfully Submitted,

William S. Hommel, Jr.
State Bar No. 09934250
WILLIAM S. HOMMEL, JR., P.C.
1402 Rice Road, Suite 200
Tyler, Texas 75703
903-596-7100
903-596-7464 Facsimile

*ATTORNEY FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing instrument has been served on all counsel of record in accordance with the Rules of Civil Procedure via electronic filing on this 9th day of May, 2007.

William S. Hommel, Jr.



## UNITED STATES DISTRICT COURT
### Eastern District of Texas

*Certificate of Good Standing*

*I, David J. Maland, Clerk of this Court, certify that*

### WILLIAM S. HOMMEL

*was duly admitted to practice in this Court on*

*June 17, 1987 , and is in good standing*

*as a member of the Bar of this Court.*

*Dated at   Beaumont, Texas*

*on       April 17, 2007*

_____
Clerk of Court

by _____
Deputy Clerk

### **AFFIDAVIT**

1. Applicant is admitted to practice in Texas on November 7, 1986.

2. Applicant is representing the following parties:  Samuel Adams, et al

3. Applicant is in good standing and is otherwise eligible to practice law before this court.

4. Applicant is not currently suspended or disbarred in any other court

5. Applicant has not had an application for admission to practice before another court denied.

6. Applicant has not ever had the privilege to practice before another court suspended.

7. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the bar.

8. Applicant has no criminal charges pending in any state.

9. Applicant has been admitted to practice in the following courts:

   All courts, state and federal in Texas; U.S. Court of Appeals

10. Applicant has read and will comply with the Local Rules of the Eastern District of Alabama.

11. Applicant has included the requisite $50.00 fee.

12. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified in the Motion and Order.

I, William S. Hommel, Jr. do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution  of the United States.

DATE _____4-20-07_____

SIGNATURE _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

SONYA P.
~~SAMUEL~~ ADAMS, et al., ~~On behalf of~~                    §
~~themselves and All Others Similarly~~                       §      2007 JAN 10  A 10: 54
~~Situated~~                                                  §
                                                              §
                                                              §
VS.                                                           §      CIVIL ACTION NO. ~~1:06-cv-00950-MEF-WC~~
                                                              §      JURY DEMANDED   1:07cv296-mef
                                                              §
WAYNE FARMS, L.L.C.,                                          §
~~CONTINENTAL GRAIN COMPANY~~                                 §
~~d/b/a WAYNE FARMS, L.L.C.~~                                 §

## ORDER ADMITTING COUNSEL,
## WILLIAM S. HOMMEL, JR., *PRO HAC VICE*

CONSIDERING THE FOREGOING EX PARTE MOTION TO ADMIT COUNSEL,

WILLIAM S. HOMMEL, JR., PRO HAC VICE.

IT IS ORDERED that William S. Hommel, Jr., who has submitted a Certificate of Good

Standing from the Clerk of the United State District Court of the State of Texas, a declaration of

good standing and oath, be and is hereby admitted Pro Hac Vice to practice before this Court in

the captioned matter and as co-counsel with Seth Hunter for Plaintiffs Sonya P. Adams; Sandra

Barnes; Jacqueline B. Blair; Michael Dowell; Brenda Gray; Cornelia M. Henderson; Pearl

Irving; Eddie D. Jackson; Mebeline Kiser; Mary Ann Martin; Tessie Riley; Eddie Thomas;

Temeca Thomas; Bridgett Lynn Tyson; Melissa Vaughn; Clara Wheeler and Frances Williams.

Signed this _____ day of _____, 2007.

_____
United States Court District Judge