IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SONYA P. ADAMS, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 1:07-cv-296-MEF-WC |
| | ) |
| WAYNE FARMS, LLC., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the Ex Parte Motion for William S. Hommel, Jr. to Appear *Pro Hac Vice* (Doc. # 7) filed on May 15, 2007, it is hereby

ORDERED that the motion is DENIED with leave to refile. It is further ORDERED that any such motion shall not be filed *ex parte*.

DONE this 6th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE